```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DENISE ABREU,                          :
                                       :
                    Plaintiff,         :
                                       :
     - against -                       :       ORDER
                                       :
NYU LANGONE HOSPITALS, et al.,         :       18 Civ. 7653
                                       :
                                       :
                    Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties in this action participated in a settlement conference before Magistrate Judge Cox on February 21, 2020. A review of the Docket Sheet indicates no request for further action by Plaintiff. Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, by September 11, 2020, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:      September 4, 2020
            New York, New York

_____
Victor Marrero
U.S.D.J.