USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
DENISE ABREU,                      :
                                   :
                  Plaintiff,       :     **18 Civ. 7653 (VM)**
                                   :
        -against-                  :     **CONDITIONAL**
                                   :     **ORDER OF DISCONTINUANCE**
NYU LANGONE HOSPITALS et al.,      :     **WITHOUT PREJUDICE**
                                   :
                                   :
                  Defendants       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   The parties having informed the Court that they have reached an agreement in principle to settle this action without further litigation, (see Attached Letter) it is hereby

   **ORDERED**, that this action be conditionally discontinued without prejudice and without costs. Within 30 days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Any application for restoration of the action to the active calendar of this Court must be made by letter within 30 days of the date of this order. Upon such notification, the defendant(s) shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within 10 days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the

event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:      NEW YORK, NEW YORK
            20 November 2020

                                          _____
                                                Victor Marrero
                                                   U.S.D.J.



600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**LOUIS P. DILORENZO, ESQ.**
ldilorenzo@bsk.com
P: 646.253.2315
F: 646.253.2301
C: 646.207.1997

November 20, 2020

**VIA ELECTRONIC MAIL**
chambersnysdmarrero@nysd.uscourts.gov

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007-1312

      Re:    ***Abreu v. NYU Langone Hospitals et al***
              Case No.: 1:18-cv-07653(VM)

Dear Judge Marrero:

      This firm represents Defendants in the above-captioned matter. I write to inform the Court that there is no need for the conference scheduled for 3:00pm this afternoon. The parties have recently reached a tentative settlement in this matter and need a short period of time to work out the details. The parties expect a stipulated dismissal, with prejudice, to be filed within thirty-days. If the conference can be canceled and the civil action held in abeyance until we file the stipulation of dismissal, we would appreciate it.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Louis P. DiLorenzo*

Louis P. DiLorenzo
Managing Member

LPD/jb

cc:    Ishan Dave (by email)